IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ANNA RUTH BOYL, *et al.*,       )
        Plaintiffs      )
        v.              )      No. 3:04-cv-487
MERCHANTS DISTRIBUTORS, INC.,   )
        Defendant       )

## O R D E R

Plaintiffs' motion to continue the trial date of September 21, 2005 [Court File #22] is hereby GRANTED. The Clerk is DIRECTED to reset this case for trial sometime after December 1, 2005. The scheduling order will also be revised accordingly.

Plaintiffs' second motion to extend deadline to respond to defendant's motion for summary judgment [Court File #24] is GRANTED IN PART and DENIED IN PART. The motion is GRANTED to the extent that plaintiffs will be afforded ninety (90) days from the date of the entry of this order to respond to the pending motion for summary judgment. In all other respects, the motion is DENIED. To the

extent that the parties have unresolved discovery disputes, appropriate motions should be filed.

Plaintiffs' motion to extend deadline to identify experts [Court File #20] is hereby GRANTED.

**E N T E R :**

                                                ***s/ James H. Jarvis***
                                            UNITED STATES DISTRICT JUDGE

2

Case 3:04-cv-00487   Document 28   Filed 08/19/05   Page 2 of 2   PageID #: 35