IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ANNA RUTH BOYL and<br>ROBERT BOYL, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | No. 3:04-cv-00487<br>Jarvis/Shirley |
| MERCHANTS DISTRIBUTORS, INC. | ) ) | |
| Defendant | ) | |

## O R D E R

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that plaintiffs' motions for summary judgment [Court Files #14, #73] are GRANTED IN PART and DENIED IN PART. With respect to the March 15, 2004 event and associated claims of outrageous conduct and negligent supervision and training, the motions are DENIED. In all other respects, the motions are GRANTED.

**E N T E R :**

                              *s/ James H. Jarvis*
                          UNITED STATES DISTRICT JUDGE